LEO P. CUNNINGHAM, State Bar No. 121605
DAVID A. MCCARTHY, State Bar No. 226415
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: lcunningham@wsgr.com
Email: dmccarthy@wsgr.com

Attorneys for Plaintiff
Andreas V. Bechtolsheim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREAS V. BECHTOLSHEIM, | CASE NO.: CV10 5031 |
| Plaintiff, | COMPLAINT FOR TAX REFUND |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff, Andreas V. Bechtolsheim, brings this action and alleges as follows:

1. Plaintiff is a citizen of the United States and resides at 4 Hawkview Street, Portola Valley, California 94028. Plaintiff's residence is located in San Mateo County.

2. The defendant is the United States of America.

3. This is an action arising under the internal revenue laws of the United States for the recovery of income taxes and related interest erroneously and illegally assessed and collected from plaintiff Andreas V. Bechtolsheim.

4.     **JURISDICTION:** Jurisdiction is conferred on this Court by Title 28 Section 1346 of the United States Code, Title 28 Section 1402 of the United States Code, and Title 26, Section 7422 of the United States Code.

5.     **INTRADISTRICT ASSIGNMENT:** Assignment of this action to the San Francisco Division of the Northern District of California is appropriate under Local Rule 3-2(d) because plaintiff is a resident of San Mateo County.

6.     In April 2005, when plaintiff timely filed an extension of time to file his Form 1040 U.S. individual tax return for 2004 ("2004 Return"), plaintiff submitted a payment of tax exceeding the requested refund. On or about October 14, 2005, plaintiff timely filed his 2004 Return.

7.     In Part I, line 1 of Schedule D of the 2004 Return, plaintiff reported a short-term capital loss of $1,250,000 for an account with Fidelity Investments ("Fidelity Account"). With respect to the Fidelity Account, the 2004 Return contained the following notation: "**There is additional loss to be claimed on an amended return to be filed." This constituted a timely informal refund claim.

8.     On or about October 17, 2008, plaintiff filed a Form 1040X Amended U.S. Individual Income Tax Return for 2004 ("2004 Amended Return"), which constituted a formal refund claim.

9.     In Part I, line 1 of Schedule D of the 2004 Amended Return, the short-term capital loss from the Fidelity Account was updated to reflect plaintiff's actual short-term capital loss of $4,410,519, a short-term capital loss that is $3,160,519 greater than that previously reported on the 2004 Return. This additional short-term capital loss results in a tax overpayment in 2004 of $474,078, which should be refunded to plaintiff plus any accrued interest.

10.    In or around early December 2008, plaintiff received from the Internal Revenue Service ("Service") a notice of disallowance of plaintiff's formal refund claim ("Notice"). Plaintiff alleges on information and belief that the Notice was prepared by the Service on or about November 7, 2008 and was mailed to plaintiff on or about December 1, 2008. According to the Notice, the basis for the disallowance is that the refund claim on the 2004 Amended

1  Return was untimely. Plaintiff has been unable to locate the Notice but intends to obtain the
2  Notice during discovery in this action.

3      11.    Plaintiff's refund claim was not untimely because, as part of the 2004 Return,
4  plaintiff made in writing an informal refund claim related to the Fidelity Account. The informal
5  refund claim placed the Service on notice that a tax overpayment was made and specifically
6  identified the item with respect to which the overpayment was made.

7      12.    On October 19, 2010, counsel for plaintiff sent a letter to the Service regarding
8  plaintiff's refund claim. This letter explained the facts set forth above and cited legal authority
9  demonstrating plaintiff is entitled to a refund of $474,078 plus interest. The letter further
10 suggested that, pursuant to Title 26 Section 6532(a)(2) of the United States Code, the parties
11 enter an agreement extending the period for filing a lawsuit to avoid unnecessary and costly
12 litigation. Neither plaintiff nor his counsel received a response to this letter.

13     13.    Plaintiff is the owner of his refund claim and such claim has not been transferred
14 or assigned.

15     14.    Pursuant to Title 26, Section 6532(a)(1) of the United States Code, this action is
16 commenced more than six months from the date of filing the claim for refund and less than two
17 years from the date the Service mailed the Notice.

WHEREFORE, plaintiff demands judgment and other relief against defendant as follows:

(a) Judgment for the sum of the overpaid amount of $474,078;

(b) Judgment for interest on overpaid amount as allowed by law;

(c) Judgment for plaintiff's attorneys' fees and other costs; and

(d) All other relief to which plaintiff may be entitled.

Dated: November 5, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ David A. McCarthy*
Leo P. Cunningham
David A. McCarthy
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff
Andreas V. Bechtolsheim