1
2
3
4
5
6         UNITED STATES DISTRICT COURT
7      FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                OAKLAND DIVISION
9

10 | ANDREAS BECHTOLSHEIM,            | Case No:  C 10-5031  SBA
11 |         Plaintiff,               | **ORDER CONTINUING MOTION HEARING**
12 |    vs.                           | Docket 29
13 | UNITED STATES OF AMERICA,        |
14 |         Defendant.               |

15

16    The hearing on Defendant's Motion to Dismiss scheduled for May 10, 2011 at 1:00
17 p.m. is CONTINUED to October 4, 2011 at 1:00 p.m.  Pursuant to Federal Rule of Civil
18 Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the
19 motion without oral argument.  The parties are advised to check the Court's website to
20 determine whether a court appearance is required.
21    IT IS SO ORDERED.
22 Dated: April 21, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge